STATE OF NEW JERSEY v. ROBERT SIGLER.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD CARODENUTO.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM B. DORITY.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST HOWARD.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RAUL ARLEQUIN.

November 17, 1987.

Petition for certification denied.